377 A.2d 183

Commonwealth v. Peck, Appellant.

Submitted March 1, 1976. Blake E. Martin, Public Defender, for appellant; Edwin D. Strite, Jr., Deputy District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence vacated. The case is remanded, with leave granted appellant to file a petition to withdraw his guilty plea. If after hearing, the petition is denied and appellant resentenced, the lower court is directed to return the record, completed by addition of the transcript of the sentencing hearing held on February 27, 1975.